United States District Court
Southern District of Texas
**ENTERED**
November 04, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **EDGAR NORMAN-HUNTER,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | Civil Action No. 4:20-CV-03029 |
| § | |
| **ANDREW SAUL,** § | |
| **Commissioner of Social Security,** § | |
| § | |
| **Defendant.** § | |

## ORDER

Pending before the court is Defendant's Motion for Extension of Time to File the Certified Administrative Record and Answer to Plaintiff's Complaint. IT IS HEREBY ORDERED that said motion is GRANTED.

IT IS FURTHER ORDERED that Defendant shall have until January 4, 2021, to file the administrative record and answer to Plaintiff's complaint or otherwise respond to Plaintiff's complaint.

SIGNED  November 4 , 2020.

SAM S. SHELDON
UNITED STATES MAGISTRATE JUDGE